# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission

                   V.

Advanced Money Management, Inc. et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 09-cv-00047-H-RBB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court orders the Clerk of the Court to terminate this case............................................................
..............................................................................................................................................................

| December 21, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON December 21, 2009

09-cv-00047-H-RBB